**BRYAN CAVE LLP**
JONATHAN SOLISH SBN: 67609
SHELLY C. GOPAUL SBN: 246382
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: jonathan.solish@bryancave.com
　　　　　shelly.gopaul@bryancave.com

Attorneys for Defendants
BH ACQUISITION, LLC (erroneously sued as BH ACQUISITIONS, LLC) and RON BARBER

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HUNGRY VENTURES, LLC, a California limited liability company, and HV LOCATION 1, LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BH ACQUISITIONS, LLC, a Georgia limited liability company; Ron Barber, an individual; and DOES 1-20, inclusive,<br><br>　　　　　Defendant. | Case No. 8:10-cv-01519-CJC -MLG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>[Filed Concurrently with Stipulation of Dismissal]<br><br>[Fed. R. Civ. P. 41(a)(1)(ii)] |

1  Having read and considered the parties' Joint Stipulation For Dismissal With
2  Prejudice,
3  IT IS HEREBY ORDERED THAT the above-entitled action is DISMISSED
4  WITH PREJUDICE.
5
6  IT IS SO ORDERED.
7
8  DATED:  December 16, 2010            _____
9                                       UNITED STATES DISTRICT JUDGE
10
11 Respectfully submitted:
12 By: /s/ Shelly C. Gopaul
   **BRYAN CAVE LLP**
13 120 Broadway, Suite 300
   Santa Monica, CA  90401-2386
14 Telephone:  (310) 576-2100
15 Facsimile:  (310) 576-2200
   E-Mail:  shelly.gopaul@bryancave.com
16 Attorneys for Defendants
17 BH ACQUISITION, LLC AND
   RON BARBER
18
19
20
21
22
23
24
25
26
27
28